Lynn Hubbard, III, SBN 69773
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern, | Case No. 2:12-cv-02576-KJM-CMK |
| Plaintiff, | **Stipulation to Amend Complaint** |
| v. | |
| Bains Highway 99 Store, LLC dba Bains Chevron #209703, | |
| Defendant. | |

### **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, plaintiff is hereby granted leave to file the amended attached as Exhibit A to the parties' stipulation. Plaintiff shall do so on or before April 15, 2013, and defendant shall then

1 have twenty-one (21) days in which to file an answer to the amended
2 complaint.
3 DATED: April 3, 2013.

_____
UNITED STATES DISTRICT JUDGE